■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v JAMES MOORE, Appellant. — Judgment, Supreme Court, New York County (Jeffrey Atlas, J.), rendered on May 31, 1983, unanimously affirmed.

Application by appellant's counsel to withdraw as counsel is granted. (See *Anders v California,* 386 US 738; *People v Saunders,* 52 AD2d 833.) We have reviewed this record and agree with appellant's assigned counsel that there are no nonfrivolous points which could be raised on this appeal. Concur — Murphy, P. J., Sandler, Ross, Carro and Fein, JJ.

■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v GEORGE McDONALD, Appellant. — Judgment, Supreme Court, New York County (Robert Haft, J.), rendered on February 22, 1983, unanimously affirmed.

Application by appellant's counsel to withdraw as counsel is granted. (See *Anders v California,* 386 US 738; *People v Saunders,* 52 AD2d 833.) We have reviewed this record and agree with appellant's assigned counsel that there are no nonfrivolous points which could be raised on this appeal. Concur — Murphy, P. J., Sandler, Ross, Carro and Fein, JJ.

■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v PETER VERNON, Appellant. — Judgment, Supreme Court, Bronx County (Herbert Shapiro, J., at sentence; Manuel Ramos, J., at *Mapp/Huntley* hearings), rendered on February 24, 1983, unanimously affirmed. The case is remitted to the Supreme Court, Bronx County, for further proceedings, pursuant to CPL 460.50 (subd 5). No opinion. Concur — Kupferman, J. P., Sullivan, Asch and Milonas, JJ.